UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>KAMRYN RUSSELL, an individual; Individuals and/or Entities Doing Business as Certain Amazon Selling Accounts Identified in SCHEDULES 1A and 1B; and DOES 1-10,<br><br>Defendants. | No.  23-1375<br><br>**AMAZON.COM, INC.'S AND AMAZON.COM SERVICES LLC'S FED. R. CIV. P. 7.1 & LCR 7.1 CORPORATE DISCLOSURE STATEMENT** |

Plaintiff Amazon.com, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Plaintiff Amazon.com Services LLC is a wholly owned indirect subsidiary of parent company Amazon.com, Inc. Amazon.com Services LLC has no other publicly held corporation that owns 10% or more of its membership interests.

1  DATED this 6th of September, 2023.

2  DAVIS WRIGHT TREMAINE LLP
   *Attorneys for Plaintiffs*

3

4  *s/ Scott R. Commerson*
   Scott R. Commerson, WSBA #58085
5  865 South Figueroa Street, Suite 2400
   Los Angeles, CA 90017-2566
6  Tel: (213) 633-6800
   Fax: (213) 633-6899
7  Email: scottcommerson@dwt.com

8  *s/ Lauren Rainwater*
   Lauren Rainwater, WSBA #43625
9  920 Fifth Avenue, Suite 3300
   Seattle, WA 98104-1604
10 Tel: (206) 622-3150
   Fax: (206) 757-7700
11 Email: laurenrainwater@dwt.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

AMAZON.COM, INC.'S AND AMAZON.COM SERVICES LLC'S
CORPORATE DISCLOSURE STATEMENT - 2

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax