1
2
3
4
5
6
7       UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
8                  AT SEATTLE
9

10  AMAZON.COM, INC., a Delaware              No.    23-cv-1375
    corporation; AMAZON.COM SERVICES LLC,
11  a Delaware limited liability company,     NOTICE OF COUNTERFEIT
                                              ENFORCEMENT ACTION
12                 Plaintiffs,
13          v.
14  KAMRYN RUSSELL, an individual;
    Individuals and/or Entities Doing Business as
15  Certain Amazon Selling Accounts Identified in
    SCHEDULES 1A and 1B; and DOES 1-10,
16
17                 Defendants.
18

19            **NOTICE OF COUNTERFEIT ENFORCEMENT ACTION**

20          Plaintiffs Amazon.com, Inc. and Amazon.com Services LLC, and notify the Court that

21  this case is a Counterfeit Enforcement Action subject to General Order 03-23. Under that

22  General Order, the assigned District Judge may refer the action to Magistrate Judges Hon.

23  Michelle L. Peterson, Hon. Brian A. Tsuchida, or Hon. S. Kate Vaughan to handle all issues

24  related to service.

25
26
27

NOTICE OF COUNTERFEIT ENFORCEMENT ACTION - 1

1    DATED this 6th day of September, 2023.

2                                          DAVIS WRIGHT TREMAINE LLP
                                           *Attorneys for Plaintiffs*
3

4                                          *s/ Scott R. Commerson*
                                           Scott R. Commerson, WSBA #58085
5                                          865 South Figueroa Street, Suite 2400
                                           Los Angeles, CA 90017-2566
6                                          Tel: (213) 633-6800
                                           Fax: (213) 633-6899
7                                          Email: scottcommerson@dwt.com

8                                          *s/ Lauren Rainwater*
                                           Lauren Rainwater, WSBA #43625
9                                          920 Fifth Avenue, Suite 3300
                                           Seattle, WA 98104-1604
10                                         Tel: (206) 622-3150
                                           Fax: (206) 757-7700
11                                         Email: laurenrainwater@dwt.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF COUNTERFEIT ENFORCEMENT ACTION - 2