The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company,

Plaintiffs,

v.

KAMRYN RUSSELL, an Individual; Individuals and/or Entities Doing Business as Certain Amazon Selling Accounts Identified in SCHEDULES 1A and 1B; and DOES 1-10,

Defendants.

No. 2:23-cv-01375-RSL

**NOTICE OF RELATED CASES**

Pursuant to Local Civil Rule 3(g), Plaintiffs give notice of the following related case (the "Related Case"):

- *Amazon.com, Inc., and Amazon.com Services LLC, v. Ashley Hawat, Zhang Mengjie, Shenzhen Yuhan Electronic Commerce Co., Ltd., Individuals and Entities Doing Business as Certain Amazon Selling Accounts Identified in Schedules 1A and 1, and Does 1-10*, Case No. 2:23-cv-01374-RSM (W.D. Wash.), filed on September 6, 2023.

The case listed above is related to this action because (a) it concerns similar parties, transactions, and events (namely, it involves the same plaintiffs; asserts nearly identical causes of action; and the defendants in both cases promoted and/or sold counterfeit products of similar

NOTICE OF RELATED CASES - 1
(2:23-cv-01375-RSL)

luxury brands in the Amazon.com store in violation of the same Amazon policies and using similar schemes involving social media); and (b) it appears likely there will be an unduly burdensome duplication of judicial resources—as well as the potential for conflicting results—if the cases are conducted before different judges. *See* LCR 3(g)(4)(A)–(B). Because the first-filed Related Case has been assigned to the Honorable Ricardo S. Martinez, Plaintiffs respectfully request that the Court designate the cases as related and transfer this case to Judge Martinez.

DATED this 14th day of September, 2023.

Davis Wright Tremaine LLP
*Attorneys for Plaintiffs*

*s/ Scott R. Commerson*
Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

*s/ Lauren Rainwater*
Lauren Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

NOTICE OF RELATED CASES - 2
(2:23-cv-01375-RSL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax