AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and AMAZON.COM SERVICES LLC, a Delaware limited; liability company | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) )  Civil Action No.  2:23-cv-1375-RSL |
| KAMRYN RUSSELL, an individual, ET AL. | ) ) ) |
| | ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    KAMRYN RUSSELL, an individual
115 Lakeside Drive
Oldsmar, Florida

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Davis Wright Tremaine LLP
    Scott R. Commerson
    865 Sout Figueroa Street, Suite 2400
    Los Angeles, CA 90017
    scottcommerson@dwt.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  9/07/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  23-1375

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

DAVIS WRIGHT TREMAINE LLP- NY 1251 AVENUE OF THE AMERICAS, 21ST FLOOR NEW YORK, NY 10020

| | Client's File No.: |
|---|---|
| **AFFIDAVIT OF SERVICE** | Case No.: 2:23-cv-01375-RSL |
| | Date Filed: September 6, 2023 |
| | Court Date: |

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**



AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company,

*Plaintiff*

**VS**

KAMRYN RUSSELL, an individual; Individuals and/or Entities Doing Business as Certain Amazon Selling Accounts Identified in SCHEDULES 1A and 1B; and DOES 1-10,

*Defendant*

STATE OF  FLORIDA COUNTY OF      SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of    Florida

That on the following date:      September 8, 2023    , at the following time:      11:35 AM    ,

at                     115 LAKESIDE DRIVE, OLDSMAR, FL 34677                     deponent served the within

Summons in a Civil Action, Complaint for Damages and Equitable Relief with Exhibits, Notice of Counterfeit Enforcement Action, Fed. R. Civ. P. 7.1 & LCR 7.1 Corporate Disclosure Statement and Civil Cover Sheet.

[X] Papers so served were properly endorsed with the Case No. and date of filing.

Upon:  **KAMRYN RUSSELL**

[ ] **Individual**  By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[X] **Responsible Person**  By delivering to and leaving with _____ Lisa Chesnutt _____ , _____ Mother _____
Relationship
a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place    [ ] place of business/employment    [ ] last known address within the State.  [x] usual place of abode

[X] **Mail**  A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed First Class mail to the above address      September 11, 2023    .
on

[ ] **Corporation LLC / LLP**  By delivering to and leaving with _____ said individual to be _____
who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door**  By affixing a true copy thereof to the door, being the defendant/respondent's  [ ] dwelling place    [ ] place of business/employment
[ ] last known address within the State. [ ] usual place of abode

[ ] **Previous Attempts**  Deponent previously attempted to serve the above named defendant/respondent on:

**Description of Recipient**  Sex:  Female    Color of skin    White    Color of hair:  Blonde    Age:  51 - 65 Yrs.    Height:  5ft 9inch - 6ft 0inch
Weight:    100-130 Lbs.    Other Features:

[ ] **WITNESS FEES**  Subpoena Fee Tendered in the amount of  $.

[X] **MILITARY SERVICE**  I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] **Other**

Notary Public State of Florida
Rick Wendling
My Commission HH 002945
Expires 09/21/2024

Sworn to before me on    9-14-23

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
Denise VanLith

PROCESS SERVER LICENSE #

COURT SUPPORT, INC., 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542

**Work Order #  1476719**