1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., et al.,

        Plaintiffs,

    vs.

KAMRYN RUSSELL, an Individual;
Individuals and/or Entities Doing Business as
Certain Amazon Selling Accounts Identified in
SCHEDULES 1A AND 1B; AND DOES 1-10,

        Defendants.

NO.  C23-1375RSL

ORDER OF REFERENCE

      The Court hereby refers pretrial service issues to one of the designated U.S. Magistrate Judges pursuant to General Order 03-23.

      DATED this 11th day of December, 2023.

_____
Robert S. Lasnik
United States District Judge

ORDER OF REFERENCE