UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., et al.,<br><br>            Plaintiffs,<br><br>   v.<br><br>KAMRYN RUSSELL, et al.,<br><br>            Defendants. | Case No. C23-1375-RSL-SKV<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Plaintiffs filed a status report on December 8, 2023. Dkt. 8. Plaintiffs note that they have served and are engaged in settlement discussions with Defendant Kamryn Russell, and describe their ongoing investigation into the identities and locations of the persons responsible for seven Amazon Selling Accounts identified in Schedules 1A and 1B of the Complaint (the "Trafficker Defendants"). They request that the Court allow them sixty days to submit a further Status Report providing an update on the progress of that investigation. Finding this request appropriate, the Court herein ORDERS Plaintiffs to file a further status update with the Court on

MINUTE ORDER - 1

or before **February 12, 2024**.  Failure to timely file the status update may result in dismissal of this case without prejudice for failure to prosecute.

Dated this 11th day of December, 2023.

Ravi Subramanian
Clerk of Court

By: Stefanie Prather
Deputy Clerk

MINUTE ORDER - 2