# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., et al., <br><br> Plaintiff, <br><br> v. <br><br> KAMRYN RUSSELL, et al., <br><br> Defendants. | Case No. C23-1375-RSL-SKV <br><br> SECOND ORDER GRANTING REQUEST FOR FURTHER STATUS UPDATE |

Plaintiffs filed a Status Report in which they advise as to their ongoing efforts to investigate the identities and locations of certain Defendants and their ongoing settlement negotiations with Defendant Kamryn Russell. Dkt. 11. They request 120 days to provide this Court with a further status update regarding their investigation, prepare and file an Amended Complaint, move for alternative service, and/or seek service under the Hague Convention.

The Court, finding good cause shown, herein GRANTS Plaintiffs' request and ORDERS Plaintiffs to file a further status report with the Court on or before **June 12, 2024**. The Clerk is directed to send copies of this order to the parties and to the Honorable Robert S. Lasnik.

Dated this 13th day of February, 2024.

S. KATE VAUGHAN
United States Magistrate Judge

SECOND ORDER GRANTING REQUEST FOR
FURTHER STATUS UPDATE - 1