# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company;<br><br>Plaintiffs,<br><br>v.<br><br>KAMRYN RUSSELL, an Individual; Individuals and/or Entities Doing Business as Certain Amazon Selling Accounts Identified in SCHEDULES 1A and 1B; and DOES 1-10,<br><br>Defendants. | No. C23-1375-RSL<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION FOR EXPEDITED DISCOVERY |

THIS MATTER came before the Court on the *ex parte* motion by Plaintiffs Amazon.com, Inc. and Amazon.com Services LLC, (together, "Plaintiffs") for leave to serve expedited discovery on third parties (the "Motion"). The Court has considered Plaintiffs' Motion, supporting declarations, and the governing law. Accordingly, it is hereby ORDERED:

Plaintiffs' Motion for Expedited Discovery, Dkt. 12, is **GRANTED** as follows:

Plaintiffs are granted leave, prior to the Rule 26(f) conference, to serve Rule 45 subpoenas to PingPong Global Solutions Inc., LL Pay U.S., LLC, and Netease, Inc. in order to obtain information regarding the identities and locations of Defendants and other bad actors involved in the alleged counterfeiting scheme. To the extent Plaintiffs identify additional entities or individuals in subpoena responses as having responsive information related to the identity or location of Defendants or other bad actors responsible for the counterfeiting scheme alleged in

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION FOR EXPEDITED DISCOVERY - 1
(C23-1375-RSL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

the Complaint, Plaintiffs will seek leave from the Court to serve additional Rule 45 subpoenas on those entities or individuals.

SO ORDERED this 5th day of March, 2024.

*[signature]*

S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*s/ Scott Commerson*
Scott Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

Lauren Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION FOR EXPEDITED DISCOVERY - 2
(C23-1375-RSL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax