The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>DACAI LIU, an individual; LING WU, an individual; HAILONG ZHOU, an individual; CHEN QIUFENG, an individual; and DOES 1-10,<br><br>Defendants. | No. C23-1375-RSL-SKV<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO FILE OVER-LENGTH *EX PARTE* MOTION FOR ALTERNATIVE SERVICE |

THIS MATTER came before the Court on the *ex parte* Motion by Plaintiffs Amazon.com, Inc., and Amazon.com Services LLC (collectively, "Plaintiffs") for leave to file an over-length e*x parte* motion for alternative service (the "Motion"), pursuant to Local Civil Rule 7(f).  Dkt. 18.  The Court, having considered Plaintiffs' Motion and finding good cause, **GRANTS** Plaintiffs leave to file a motion for alternative service not to exceed 3,200 words.

SO ORDERED this 7th day of June, 2024.

*[signature: S. Kate Vaughan]*

S. KATE VAUGHAN
United States Magistrate Judge

[~~PROPOSED~~] ORDER GRANTING *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 1
(C23-1375-RSL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax